NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARD PARRENDO,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2011-3041

---

Petition for review of the Merit Systems Protection Board in case no. PH0752100540-I-1.

---

**ON MOTION**

---

# ORDER

Edward Parrendo moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 2 8 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Edward Parrendo
Joseph A. Pixley, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 8 2011

JAN HORBALY
CLERK